**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 351 MAL 2021

       Respondent          :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

       v.                     :

                                    :

SETH MULL,                            :

       Petitioner            :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 352 MAL 2021

       Respondent          :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

       v.                        :

SETH MULL,                            :

       Petitioner            :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 353 MAL 2021

       Respondent          :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

       v.                        :

SETH MULL,                            :

       Petitioner            :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 354 MAL 2021

       Respondent          :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

       v.                        :

SETH MULL,                          :
                                    :
                                    :
            Petitioner              :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.